**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
Case No. 13-23130-CIV-GRAHAM/GOODMAN

HOWARD HARRISON,

    Plaintiff,

vs.

SOUTH BEACH MARRIOTT,

    Defendant.
_____/

## ORDER OF REFERENCE OF MOTIONS

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the following motions in the above-captioned cause are hereby referred to United States Magistrate Judge **Goodman** to take all necessary and proper action as required by law:

1. Motions for Costs;

2. Motions for Attorney's Fees; and

3. Motions for Sanctions.

**DONE AND ORDERED** at Miami, Florida, this 4th day of November, 2013.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Goodman
    All Counsel of Record